UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 2:21-cv-14341-AMC

vs.

LIBERTY VERO LLC,
a Florida Limited Liability Company,
d/b/a HAMPTON INN VERO BEACH

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, LIBERTY VERO LLC, a Florida Limited Liability Company, d/b/a HAMPTON INN VERO BEACH, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against LIBERTY VERO LLC, a Florida Limited Liability Company, d/b/a HAMPTON INN VERO BEACH; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED November 11, 2021.

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | By: /s/ Maureen Martinez |
| Gregory S. Sconzo, Esq. | Maureen Martinez, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 116564 |
| Samantha L. Simpson, Esq. | Service to: eservice@wlclaw.com |
| Florida Bar No.: 1010423 | Attorney for Defendant, Hampton Inn Vero Beach |
| Sconzo Law Office, P.A. | Williams, Leininger & Cosby, P.A. |
| 3825 PGA Boulevard, Suite 207 | 11300 US Highway One, Suite 300 |
| Palm Beach Gardens, FL 33410 | North Palm Beach, Florida 33408 |
| Telephone: (561) 729-0940 | Telephone No. (561)615-5666 |
| Facsimile: (561) 491-9459 | Facsimile No. (561)615-9606 |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorneys for Plaintiff | |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                   **/s/ Gregory S. Sconzo**
                                                                   **Gregory S. Sconzo, Esq.**